

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| HUMBERTO CEBALLOS, JR., | § | No. 08-19-00059-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20170D00479) |

## MEMORANDUM OPINION

Appellant Humberto Ceballos, Jr., has filed a motion to withdraw his appeal. We construe this to be a motion to voluntarily dismiss his criminal appeal. Under Rule 42.2, this Court may, at any time before rendering a decision, dismiss a criminal appeal upon the appellant's motion. TEX.R.APP.P. 42.2(a). The motion is signed by both Ceballos and his attorney, as is required by TEX.R.APP.P. 42.2(a) have been met. We therefore GRANT Ceballos' motion and dismiss this appeal.


September 25, 2019

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)

(Do Not Publish)